IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-447-GCM-DCK

| | |
|---|---|
| KNEEVER MORROW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social Security | ) |
| Administration | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Attorney's Fees And Costs" (Document No. 20) filed December 23, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will deny the motion, without prejudice to re-file.

Plaintiff's motion does not appear to indicate that the requirement of consultation has been met pursuant to Local Rule 7.1 (B).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Attorney's Fees And Costs" (Document No. 20) is **DENIED WITHOUT PREJUDICE**.

Signed: December 30, 2011

David C. Keesler
United States Magistrate Judge